# Court of Appeals
# of the State of Georgia

ATLANTA,__ June 02, 2014 _____

*The Court of Appeals hereby passes the following order:*

**A14A1663.  RONALD K. ELLIS v. THE STATE.**

In 2003, Ronald K. Ellis was found guilty of numerous offenses, including kidnapping with bodily injury, and his conviction was affirmed on appeal.  See *Ellis v. State*, 282 Ga. App. 17 (637 SE2d 729) (2006). Years later, Ellis filed a motion for re-sentencing, which the trial court denied on January 27, 2014.  Ellis filed a notice of appeal from this ruling on April 16, 2014.[1]  We lack jurisdiction.

OCGA § 5-6-38 (a) requires that a notice of appeal must be filed within 30 days of the order sought to be appealed.  "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995). Because the notice of appeal was filed 79 days after entry of the order Ellis seeks to appeal, it is untimely.  Although Ellis filed a motion for reconsideration from the trial court's ruling, the denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal.  See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).  Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED.[2]

---

[1] Ellis also filed an application for discretionary appeal, which was denied on May 5, 2014.

[2] Moreover, we note that the denial of Ellis's application for discretionary appeal was an adjudication on the merits.  Therefore, this appeal is also barred by the doctrine of res judicata.  See *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 06/02/2014
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*